UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENCO IMPORTING INC., | ) | Bankr. Case No.: |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF
## RICHARD MANITOBA PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

I, Richard Manitoba, being duly sworn, deposes and says:

1.        I am the Vice President and 25% owner of Genco Importing Inc. (the "Debtor") and am responsible, in part, for managing the Debtor's operations. As such, except as otherwise described herein, I am familiar with the day-to-day operations, business, and financial affairs of the Debtor, and I submit this affidavit on behalf of the Debtor.

2.        Except as otherwise described herein, I have personal knowledge of the facts set forth herein, and if I were to be called to testify, I would recite the facts stated below. I am authorized to submit this affidavit pursuant to Local Bankruptcy Rule 1007-2.

## NATURE OF THE DEBTOR'S BUSINESS AND STATEMENT OF
## CIRCUMSTANCES LEADING TO THE DEBTOR'S CHAPTER 11 FILING

3.        The Debtor, a New York corporation, operates a 600 square foot bar located in the East Village, at 99 Avenue B, New York, New York  10009. It pays $6,137.87 in monthly rent under a lease with Alphabet Soup Associates LLC that expires on November 30, 2016.

4.        The bar's punk rock theme is drawn, in part, from my experience as the lead singer of The Dictators, a groundbreaking 1970's punk rock band.

5. In 2008, the Debtor was cited by the Department of Buildings for violations of its certificate of occupancy. The Debtor cured all of those violations by the summer of 2009, at a total cost of approximately $100,000.

6. These unanticipated costs, coupled with the general economic downtown beginning in 2008 (and a particularly poor winter of 2010-11), have rendered the Debtor unable to pay its debts as they become due and have necessitated this Chapter 11 bankruptcy filing.

7. The Debtor intends to use the breathing room afforded by Chapter 11 to make certain operational changes and to file a plan of reorganization.

8. The Debtor intends to fund its plan, as necessary, through a capital infusion provided by its 75% owner, Steven Van Zandt (or his affiliate), subject to certain conditions. Mr. Van Zandt is a member of Bruce Springsteen's E Street Band, an actor in the television drama "The Sopranos," and the host of "Little Steven's Underground Garage," a weekly syndicated radio show.

## PARTICULAR INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

9. Bankruptcy Rule 1007(d) and Local Bankruptcy Rule 1007-2 require the Debtor to disclose certain information related to this case, which is set forth below.

10. No committee was organized prior to filing of this Chapter 11 case.

11. Set forth on Exhibit A attached hereto and incorporated herein by reference is a list of the names, addresses, and telephone numbers of the creditors holding the 20 largest unsecured claims against the Debtor. This list includes the amount of the claim, the nature of the claim, and, if appropriate, an indication of whether such claim is contingent, unliquidated, disputed, or partially secured.

12. Set forth on Exhibit B attached hereto and incorporated herein by reference is a list of the names, addresses, and telephone numbers of the creditors holding

secured claims against the Debtor, the amount of the claims, a brief description and an estimate of the value of the collateral securing the claims (if known), and whether the claims or liens are disputed.

13.     Set forth on Exhibit C attached hereto and incorporated herein by reference is the Debtor's most recent financial information.

14.     Set forth on Exhibit D attached hereto and incorporated herein by reference is the Debtor's most recent federal tax return.

15.     Lender Capital One National Association has a security interest in and lien solely on the approximately $198.49 in the Debtor's pre-petition Capital One bank accounts. Otherwise, none of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor or agent for any such entity.

16.     The Debtor's primary assets are located at 99 Avenue B, New York, New York 10009. The Debtor's books and records are located at 155 West 68th Street, Apt. 29D, New York, NY 10023. The Debtor does not have any assets outside of the United States.

17.     There are no actions or proceedings, pending or threatened, against the Debtor or its property where a judgment against it or a seizure of its property is imminent.

18.     Set forth on Exhibit E attached hereto and incorporated herein by reference are the names of the Debtor's existing senior management, their tenure with the Debtor, and a summary of their relevant responsibilities and experience.

**Information Relating to the Debtor's Intention to Continue to Operate its Business**

19.     The Debtor intends to continue to operate as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

20.     The estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30-day period following the filing of this case is $9,000.

21.     The Debtor does not intend to make any payments to any officers, stockholders, or directors for services for the 30-day period following the commencement of this Chapter 11 case.

22.     For the 30-day period following the commencement of this Chapter 11 case, the Debtor's estimated cash receipts are $30,000 and estimated disbursements are $28,000, for an estimated net cash gain of $2,000.

_____
Richard Manitoba

Sworn to before me on this
25th day of May, 2011

_____
Notary Public
Commission Expires

JEROME M BROWN
Notary Public - State of New York
NO. 01BR6632648
Qualified in Nassau County
My Commission Expires 3/30/2014

# EXHIBIT A

## List of 20 Largest Unsecured Creditors

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See U.S.C. § 112 and Fed. R. Bankr. P 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor." include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Alphabet Soup Associates LLC c/o Law Offices of Justin C. Brasch 30 Vesey Street, Suite 1400 New York, NY 10007 Ph: 212-267-2500  Alphabet Soup Associates LLC 1895 Palmer Avenue, Suite 203 Larchmont, NY 10538 Attn: Brian Kahn Ph: 914-833-3000 x 157 | | | 2011 Lease | | | | $26,727.70 |
| Capital One National Association Deposit Recovery Department P.O. Box 259360 Plano, TX 75025-9360 Acc # 4802-1370-3564-9880 Ph: 888-740-8981  Global Credit & Collection Corp. Capital One Bank NA P.O. Box 71083 Charlotte, NC 28272-1083 Acc # 4802137035649880 Global ID: 26165107 Ph: 877-234-1835 | | | 2010 Credit Card | | | | $22,999.28 |
| Capital One National Association Deposit Recovery Department P.O. Box 259360 Plano, TX 75025-9360 Loan # 1—890528059 Interest Rate: 6.49 % Ph: 972-916-5119 | | | Loan Opened 6/14/2007 Matures 6/14/2012 | | | | $13,417.47 |

In re Genco Importing Inc.                                  Chapter 11 Case No.

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | | | | | | |
|---|---|---|---|---|---|---|
| Capital One<br>275 Broadhollow Road<br>P.O. Box 8914<br>Melville, NY 11747<br><br>Capital One, N.A.<br>P.O. Box 1710<br>Mattituck, NY 11952 | | | | | | |
| Capital One National Association<br>Deposit Recovery Department<br>P.O. Box 259360<br>Plano, TX 75025-9360<br>Loan # 3—890536547<br>Interest Rate: 5.99 %<br>Ph: 972-916-5119<br><br>Capital One<br>275 Broadhollow Road<br>P.O. Box 8914<br>Melville, NY 11747<br><br>Capital One, N.A.<br>P.O. Box 1710<br>Mattituck, NY 11952 | | | Loan<br>Opened 7/7/2008<br>Matures 7/7/2013 | | | $11,805.39 |
| RIP Construction Consultants<br>217 Centre Street<br>New York, NY 10013<br>Ph: 212-337-7400 | | | 2010-2011<br>Trade Debt | | | $9,700 |
| NFP Property & Casualty Services, Inc.<br>707 Westchester Avenue<br>Suite 201<br>White Plains, NY 10604<br>Ph: 914-683-3990 | | | 2010<br>Insurance Audit | | X | $2,326 |
| Empire Merchants<br>c/o The Law Offices of Steven Schaffer<br>21 East Valley Stream Blvd.<br>Valley Stream, NY 11580<br>Acc # 1046254<br>Ref # 14437<br>Ph: 516-872-4129 | | | 2010<br>Trade Debt | | | $2,278.67 |
| JSP Associates<br>P.O. Box 543<br>Oceanside, NY 11572<br>Ph: 516-536-9265 | | | 2010<br>Trade Debt | | | $2,100 |
| Arctic Glacier<br>500 Fenimore Road<br>Mamaroneck, NY 10543<br>Acc # 65142622<br>Ph: 800-999-5616 | | | 2010<br>Trade Debt | | | $990.75 |
| All County Soda<br>218 North 17th Street<br>Kenilworth, NJ 07033<br>Acc # 2370<br>Ph: 800-628-7632 | | | 2010<br>Trade Debt | | | $768.20 |

In re Genco Importing Inc.                                    Chapter 11 Case No.

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Con Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702<br>Acc # 41-3003-6550-0001-1<br>Ph: 212-243-2591 | | | 2010<br>Trade Debt | | | | $657.22 |
| Southern Wine & Spirits of New York, Inc.<br>P.O. Box 1308<br>Syosset, NY 11791<br>Ph: 800-272-4255 | | | 2010<br>Trade Debt | | | | $575.97 |
| NYC Fire Department<br>Church Street Station<br>P.O. Box 840<br>New York, NY 10008-0840<br>Ph: 718-999-2436 | | | 2010<br>Trade Debt | | | | $415 |
| Terminate Control<br>441 East 12th Street<br>New York, NY 10009<br>Ph: 212-242-5008 | | | 2010<br>Trade Debt | | | | $381.05 |
| Jem Sanitation<br>P.O. Box 708<br>Lyndhurst, NJ 07071<br>Acc # 1395<br>Ph: 212-226-3442 | | | 2010<br>Trade Debt | | | | $296.80 |
| Arctic Flow<br>P.O. Box 519<br>Franklyn, NY 11010<br>Ph: 718-628-6777 | | | 2010<br>Trade Debt | | | | $272.20 |
| | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules.) | | | | $95,711.70 |

# EXHIBIT B

**List of Secured Creditors**

In re Genco Importing Inc.                                    Chapter 11 Case No.

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See U.S.C. § 112 and Fed. R. Bankr. P 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns listed "Amounts of Claim Without Deducting Value of Collateral" and "Unsecured Portion, If Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is any individual with primarily consumer debtors, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Date.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Capital One National Association Deposit Recovery Department P.O. Box 259360 Plano, TX 75025-9360 Ph: 972-916-5119<br><br>Capital One 275 Broadhollow Road P.O. Box 8914 Melville, NY 11747<br><br>Capital One, N.A. P.O. Box 1710 Mattituck, NY 11952<br><br>Credit Line #2759028537 Interest Rate: 5.75 % | | | Line of Credit/Loan Opened 6/14/2007 Matures 8/14/2012<br><br>Secured by appr. $198.49 in Capital One Bank Payroll Account Ending #2872, Operating Account Ending #2864, and Deposit Account Ending #2880 | | | | $11,378.25 | $11,179.76 |
| | | | Total ▶ | | | | $11,378.25 | $11,179.76 |

(Report total also on Summary of Schedules)

# EXHIBIT C

**Financial Information**

# Genco Importing, Inc
## Balance Sheet
### As of December 31, 2010

|  | Dec 31, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1040 · Capital One-Main Account | 1,208.11 |
| 1050 · Capital One-Operating account | -8,208.74 |
| 1060 · Capital One-Tax/Payroll | -2,595.97 |
| **Total Checking/Savings** | -9,596.60 |
| **Other Current Assets** | |
| 1300 · Other Receivables | 11,961.08 |
| 1400 · Inventory | 1,775.00 |
| **Total Other Current Assets** | 13,736.08 |
| **Total Current Assets** | 4,139.48 |
| **Fixed Assets** | |
| 1500 · Furniture & Fixtures | 134,319.00 |
| 1510 · Leasehold Improvements | 27,499.95 |
| 1600 · Accumulated Depreciation | -81,867.00 |
| **Total Fixed Assets** | 79,951.95 |
| **Other Assets** | |
| 1800 · Goodwill | 38,716.00 |
| **Total Other Assets** | 38,716.00 |
| **TOTAL ASSETS** | 122,807.43 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 41,458.72 |
| **Total Accounts Payable** | 41,458.72 |
| **Other Current Liabilities** | |
| 2010 · Accrued Expenses and Taxes | 30,275.00 |
| 2190 · Sales Tax Payable | 16,372.43 |
| **Total Other Current Liabilities** | 46,647.43 |
| **Total Current Liabilities** | 88,106.15 |
| **Long Term Liabilities** | |
| 2700 · Creditline Payable 1 - CapOne | 13,862.48 |
| 2710 · Creditline Payable 2 - CapOne | 13,876.65 |
| 2720 · Creditline Payable 3 - CapOne | 16,784.55 |
| **Total Long Term Liabilities** | 44,523.68 |
| **Total Liabilities** | 132,629.83 |
| **Equity** | |
| 3010 · Capital Stock | 154,854.00 |
| 3900 · Retained Earnings | -115,371.93 |
| Net Income | -49,304.47 |
| **Total Equity** | -9,822.40 |
| **TOTAL LIABILITIES & EQUITY** | 122,807.43 |

# Genco Importing, Inc
## Profit & Loss
### January 1 through May 25, 2011

|  | Jan 1 - May 25, 11 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 4000 · Sales | 76,796.92 |
| 4900 · Income from Register | 62,186.51 |
| **Total Income** | 138,983.43 |
| **Cost of Goods Sold** |  |
| 5100 · Purchases - Beer and Liquor | 38,467.63 |
| 5300 · Bar Supplies | 3,494.70 |
| 5500 · Linens | 300.00 |
| 5600 · Equipment Rentals | 396.30 |
| 5700 · Bar Entertainment - TV/Radio | 562.81 |
| **Total COGS** | 43,221.44 |
| **Gross Profit** | 95,761.99 |
| **Expense** |  |
| 6100 · Other Salaries | 7,855.00 |
| 7100 · Advertising Expense | 300.00 |
| 7310 · Bank Charges | 4,474.41 |
| 7320 · Credit Card Service Fees | 142.36 |
| 7330 · Payroll Preparation Fees | 1,816.98 |
| 7520 · Permits and Fees | 1,232.63 |
| 7600 · Bar Entertainment - Television | 376.21 |
| 7700 · Insurance | 10,063.77 |
| 7900 · Office and Postage Expense | 324.16 |
| 8000 · Professional Fees | 25,200.00 |
| 8200 · Security and Protection | 5,400.00 |
| 8300 · Telephone Expense | 426.30 |
| 8400 · Utilities | 3,182.06 |
| 8500 · Repairs and Maintenance | 5,500.00 |
| 8510 · Rubbish Removal | 896.80 |
| 8600 · Pest Control and Extermination | 304.84 |
| **Total Expense** | 67,495.52 |
| **Net Ordinary Income** | 28,266.47 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| 2610 · Payroll checks | 212.88 |
| 9910 · NYS Franchise Tax | 175.00 |
| 9920 · NYC General Corporation Tax | 175.00 |
| **Total Other Expense** | 562.88 |
| **Net Other Income** | -562.88 |
| **Net Income** | 27,703.59 |

*UNAudited*

PAGE 01          REDWOOD_ENTERTAINMEN          1212874952T          03:51 05/24/2021

## EXHIBIT D

**Federal Tax Return**

Form **1120S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

OMB No. 1545-0130

**2010**

For calendar year 2010 or tax year beginning _____ , 2010, ending _____ ,

| **A** S election effective date | **B** Business activity code number (see instrs) | **C** Check if Sch M-3 attached ☐ | TYPE OR PRINT | Name GENCO IMPORTING, INC | **D** Employer identification number |
|---|---|---|---|---|---|

**A** S election effective date: 10/17/05

**B** Business activity code number (see instrs): 722410

**C** Check if Sch M-3 attached ☐

TYPE OR PRINT

Name: GENCO IMPORTING, INC

Number, street, and room or suite no. If a P.O. box, see instructions.
99 AVENUE B

City or town, state, and ZIP code
NEW YORK          NY 10009-6210

**D** Employer identification number: 20-3650322

**E** Date incorporated: 10/17/05

**F** Total assets (see instructions) $ 122,807.

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
**(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........... ► 2

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales 281,905.  **b** Less returns and allowances _____ **c** Bal ► | **1c** | 281,905. |
| | **2** Cost of goods sold (Schedule A, line 8) | **2** | 109,352. |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 172,553. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **4** | |
| | **5** Other income (loss) (see instrs – att statement) | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 ........... ► | **6** | 172,553. |
| **D E D U C T I O N S** (SEE INSTRS) | **7** Compensation of officers | **7** | 12,210. |
| | **8** Salaries and wages (less employment credits) | **8** | 5,720. |
| | **9** Repairs and maintenance | **9** | |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 85,448. |
| | **12** Taxes and licenses | **12** | 10,469. |
| | **13** Interest | **13** | 3,587. |
| | **14** Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** | 25,309. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| | **16** Advertising | **16** | 1,800. |
| | **17** Pension, profit-sharing, etc, plans | **17** | |
| | **18** Employee benefit programs | **18** | |
| | **19** Other deductions (attach statement) ....... * STMT | **19** | 77,314. |
| | **20** Total deductions. Add lines 7 through 19 ........... ► | **20** | 221,857. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | **21** | -49,304. |

| | | | | | |
|---|---|---|---|---|---|
| **T A X  A N D  P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | | |
| | **b** Tax from Schedule D (Form 1120S) | **22b** | | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | | **22c** | |
| | **23a** 2010 estimated tax payments and 2009 overpayment credited to 2010 | **23a** | | | |
| | **b** Tax deposited with Form 7004 | **23b** | 0. | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | | |
| | **d** Add lines 23a through 23c | | | **23d** | 0. |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ........... ► ☐ | | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| | **27** Enter amount from line 26 Credited to 2011 estimated tax ► _____ Refunded ► | | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  ► Title PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name JEROME M EISNER EA | Preparer's signature JEROME M EISNER EA | Date | Check ☐ if self-employed  PTIN P00250034 |
| Firm's name ► JSP ASSOCIATES, INC | | | Firm's EIN ► 13-3897445 |
| Firm's address ► PO BOX 543  OCEANSIDE          NY 11572 | | | Phone no. |

**BAA** For Paperwork Reduction Act Notice, see separate instructions.          SPSA0112  01/18/11          Form **1120S** (2010)

| Schedule A | Cost of Goods Sold (see instructions) | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | 7,860. |
| **2** | Purchases | **2** | 97,594. |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs *(attach statement)* | **4** | |
| **5** | Other costs *(attach statement)* ..... STMT | **5** | 5,673. |
| **6** | **Total.** Add lines 1 through 5 | **6** | 111,127. |
| **7** | Inventory at end of year | **7** | 1,775. |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | 109,352. |

**9a** Check all methods used for valuing closing inventory:
- **(i)** ☐ Cost as described in Regulations section 1.471-3
- **(ii)** ☒ Lower of cost or market as described in Regulations section 1.471-4
- **(iii)** ☐ Other (Specify method used and attach explanation.) ► _____

**b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) .................. ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ► ☐

**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ......... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ............... ☐ Yes ☒ No

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ► _____ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ► DRINKING PLACES _____  **b** Product or service ► LIQUOR AND BEER _____ | | |
| **3** | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a qualified subchapter S subsidiary election made? | | X |
| **4** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **5** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............. ► ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **6** | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years *(see instructions)* ► $ _____ | | |
| **7** | Enter the accumulated earnings and profits of the corporation at the end of the tax year ......... $ _____ | | |
| **8** | Are the corporation's total receipts *(see instructions)* for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |
| **9** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| I N C O M E (L O S S) | **1** Ordinary business income (loss) (page 1, line 21) | **1** | -49,304. |
| | **2** Net rental real estate income (loss) *(attach Form 8825)* | **2** | |
| | **3a** Other gross rental income (loss) ............ | **3a** | |
| | **b** Expenses from other rental activities *(attach statement)* | **3b** | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Interest income | **4** | |
| | **5** Dividends: **a** Ordinary dividends | **5a** | |
| | **b** Qualified dividends | **5b** | |
| | **6** Royalties | **6** | |
| | **7** Net short-term capital gain (loss) *(attach Schedule D (Form 1120S))* | **7** | |
| | **8a** Net long-term capital gain (loss) *(attach Schedule D (Form 1120S))* | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | |
| | **c** Unrecaptured section 1250 gain *(attach statement)* | **8c** | |
| | **9** Net section 1231 gain (loss) *(attach Form 4797)* | **9** | |
| | **10** Other income (loss) *(see instructions)* ............ Type ► | **10** | |

Form **1120S** (2010)

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deduc-tions** | **11** Section 179 deduction *(attach Form 4562)* | **11** | |
| | **12a** Contributions | **12a** | |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | **12c (2)** | |
| | **d** Other deductions *(see instructions)* ... Type ► | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | **13c** | |
| | **d** Other rental real estate credits *(see instrs)*   Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** Other rental credits *(see instrs)*   Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | **13f** | |
| | **g** Other credits *(see instructions)* ...... Type ► | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession ...... ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | *Foreign gross income sourced at corporate level* | | |
| | **d** Passive category | **14d** | |
| | **e** General category | **14e** | |
| | **f** Other *(attach statement)* | **14f** | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | **g** Interest expense | **14g** | |
| | **h** Other | **14h** | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | **i** Passive category | **14i** | |
| | **j** General category | **14j** | |
| | **k** Other *(attach statement)* | **14k** | |
| | *Other information* | | |
| | **l** Total foreign taxes (check one): ► ☐ Paid    ☐ Accrued | **14l** | |
| | **m** Reduction in taxes available for credit | | |
| |    *(attach statement)* | **14m** | |
| | **n** Other foreign tax information *(attach statement)* | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | 2,826. |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** Other AMT items *(attach statement)* | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | |
| | **d** Distributions *(attach stmt if required) (see instrs)* | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Inform-ation** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts | | |
| |    *(attach statement)* | | |
| **Recon-ciliation** | **18** **Income/loss reconciliation. Combine** the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l ... | **18** | -49,304. |

SPSA0134   07/22/10

### Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | −15,678. | | −9,597. |
| 2a Trade notes and accounts receivable | | | | |
|   b Less allowance for bad debts | | | | |
| 3 Inventories | | 7,860. | | 1,775. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities *(see instructions)* | | | | |
| 6 Other current assets *(attach stmt)* | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments *(attach statement)* | | | | |
| 10a Buildings and other depreciable assets | 161,819. | | 161,819. | |
|   b Less accumulated depreciation | 56,558. | 105,261. | 81,867. | 79,952. |
| 11a Depletable assets | | | | |
|   b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
|   b Less accumulated amortization | | | | |
| 14 Other assets *(attach stmt)* .... Ln 14 St | | 38,716. | | 50,677. |
| 15 Total assets | | 136,159. | | 122,807. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 26,749. | | 41,459. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 67,922. | | 44,524. |
| 18 Other current liabilities *(attach stmt)* | | 2,006. | | 46,646. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities *(attach statement)* | | | | |
| 22 Capital stock | | 154,854. | | 154,854. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | −115,372. | | −164,676. |
| 25 Adjustments to shareholders' equity *(att stmt)* | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 136,159. | | 122,807. |

### Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −49,304. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a Tax-exempt interest . $ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | |
| | a Depreciation ........ $ _ _ _ _ _ _ _ _ _ _ | | | a Depreciation ..... $ _ _ _ _ _ _ _ _ _ _ | | |
| | b Travel and entertainment . $ _ _ _ _ _ _ _ _ | | | | | |
| | | | 7 | Add lines 5 and 6 | | |
| 4 | Add lines 1 through 3 | −49,304. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | −49,304. |

### Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed *(see instructions)*

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −115,372. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | 49,304. | | |
| 5 | Other reductions | | | |
| 6 | Combine lines 1 through 5 | −164,676. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −164,676. | | |

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.

▶ See separate instructions.

OMB No. 1545-0233

| Type or Print | Name | | Identifying number |
|---|---|---|---|
| | GENCO IMPORTING, INC | | 20-3650322 |

File by the due date for the return for which an extension is requested. See instructions.

Number, street, and room or suite no. (If P.O. box, see instructions.)

99 AVENUE B

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

NEW YORK          NY   10009-6210

**Note. See instructions before completing this form.**

| Part I | Automatic 5-Month Extension Complete if Filing Form 1065, 1041, or 8804 |
|---|---|

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

| Part II | Automatic 6-Month Extension Complete if Filing Other Forms |
|---|---|

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . `25`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return check here . . . . . . . . . ▶ ☐

| Part III | All Filers Must Complete This Part |
|---|---|

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . . . . . . . . . . . . . . ▶ ☐

**5a** The application is for calendar year 20 `10` , or tax year beginning _ _ _ _ _ _ _ , 20 _ _ , and ending _ _ _ _ _ _ _ , 20 _ _

**b Short tax year.** If this tax year is less than 12 months, check the reason:

☐ Initial return     ☐ Final return     ☐ Change in accounting period     ☐ Consolidated return to be filed

| | | | | |
|---|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | 0. |
| **7** | **Total** payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | 0. |
| **8** | **Balance due.** Subtract line 7 from line 6. **Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW)** (see instructions for exceptions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | 0. |

| Name | Social Security Number |
|---|---|
| GENCO IMPORTING, INC | 20-3650322 |

### Prepare Form 7004 for Electronic Filing

Extension accepted .......................................................................................... ▶ ☒

### Signature of Officer

Officer's Name ............................... ▶ _____
Officer's Title ............................... ▶ _____
Signature Date .............................................................. ▶ _____

### Electronic Funds Withdrawal - Amount paid with Form 7004

**NOTE** - A Practitioner PIN is required for Form 7004 efile if using electronic funds withdrawal

Enter the payment date to withdraw tax payment ................................... ▶ _____

### Practitioner PIN information for Form 7004

**NOTE** - A Practitioner PIN is required for Form 7004 efile if using electronic funds withdrawal

Please indicate how the Officer PIN is entered into the program.
Officer entered PIN ....................................................... ▶ ☐
ERO entered Officer's PIN ................................................ ▶ ☐

ERO's Practitioner PIN (EFIN followed by any 5 numbers) ............. EFIN_____ Self-Select PIN _____

**ERO Declaration:** I certify that the above numeric entry is my PIN, which is my signature to authorize submission of the electronic application for extension and electronic funds withdrawal for the corporation indicated above. I confirm that I am submitting application for extension in accordance with the requirements of the Pracitioner PIN method and Publications 4163, *Modernized e-File Information for Authorized IRS e-file Providers*, and 3112, *IRS e-file Application and Participation.*

**Perjury Statement:** Under penalties of perjury, I declare that I have been authorized by the above taxpayer to make this authorization and that I have examined a copy of the taxpayer's electronic extension (Form 7004) for the tax period indicated above and to the best of my knowledge and belief, it is true, correct, and complete.

**Consent to disclosure:** I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund.

**Electronic Funds Withdrawal Consent (if applicable):** I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's Federal taxes owed on Form 7004, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institution involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

**I certify that I have the authority to execute this consent on behalf of the organization. I am signing this Disclosure Consent by entering my self-selected PIN below.**

Date ........................................................................................... _____
Officer's PIN (enter any 5 numbers) ............................................... _____

Form **8879-S**

Department of the Treasury
Internal Revenue Service

### IRS *e-file* Signature Authorization
### for Form 1120S

For calendar year 2010, or tax year beginning _ _ _ _ _ _ , 2010, ending _ _ _ _ _ , _ _ _ _ .
► See instructions. Do not send to the IRS. Keep for your records.

OMB No. 1545-1863

**2010**

| Name of corporation | Employer identification number |
|---|---|
| GENCO IMPORTING, INC | 20-3650322 |

**Part I** **Tax Return Information** (Whole dollars only)

| | | |
|---|---|---:|
| 1 Gross receipts or sales less returns and allowances (Form 1120S, line 1c) | 1 | 281,905. |
| 2 Gross profit (Form 1120S, line 3) | 2 | 172,553. |
| 3 Ordinary business income (loss) (Form 1120S, line 21) | 3 | −49,304. |
| 4 Net rental real estate income (loss) (Form 1120S, Schedule K, line 2) | 4 | |
| 5 Income (loss) reconciliation (Form 1120S, Schedule K, line 18) | 5 | −49,304. |

**Part II** **Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2010 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN _____ as my signature
ERO firm name                                    do not enter all zeros

on the corporation's 2010 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2010 electronically filed income tax return.

Officer's signature ► _____ Date ► _____ Title ► PRESIDENT

**Part III** **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN ...................... | 11851300025 |
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2010 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112,** IRS *e-file* Application and Participation, and **Pub 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____ Date ► _____

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**BAA For Paperwork Reduction Act Notice, see instructions**

Form **8879-S** (2010)

**Schedule K-1**
(Form 1120S)

**2010**

For calendar year 2010, or tax

year beginning _____ , 2010

ending _____

Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

| | |
|---|---|
| ☑ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0130

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number
20-3650322

**B** Corporation's name, address, city, state, and ZIP code
GENCO IMPORTING, INC
MANITOBA'S
99 AVENUE B
NEW YORK, NY 10009-6210

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| **Part II** | **Information About the Shareholder** |

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
STEVEN VAN ZANDT
%JSP ASSOCIATES, INC
OCEANSIDE, NY 11572

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . .  75.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| | -36,978. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 2,119. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2010

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1**  **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

|  | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2**  **Net rental real estate income (loss)**    See the Shareholder's Instructions
**3**  **Other net rental income (loss)**

| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Shareholder's Instructions |

**4**  **Interest income**    Form 1040, line 8a
**5a** **Ordinary dividends**    Form 1040, line 9a
**5b** **Qualified dividends**    Form 1040, line 9b
**6**  **Royalties**    Schedule E, line 4
**7**  **Net short-term capital gain (loss)**    Schedule D, line 5, column (f)
**8a** **Net long-term capital gain (loss)**    Schedule D, line 12, column (f)
**8b** **Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c** **Unrecaptured section 1250 gain**    See the Shareholder's Instructions
**9**  **Net section 1231 gain (loss)**    See the Shareholder's Instructions
**10** **Other income (loss)**
*Code*

| **A** Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|
| **B** Involuntary conversions | See the Shareholder's Instructions |
| **C** Section 1256 contracts and straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub 535 |
| **E** Other income (loss) | See the Shareholder's Instructions |

**11** **Section 179 deduction**    See the Shareholder's Instructions
**12** **Other deductions**

| **A** Cash contributions (50%) |  |
|---|---|
| **B** Cash contributions (30%) |  |
| **C** Noncash contributions (50%) |  |
| **D** Noncash contributions (30%) | See the Shareholder's Instructions |
| **E** Capital gain property to a 50% organization (30%) |  |
| **F** Capital gain property (20%) |  |
| **G** Contributions (100%) |  |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions — royalty income | Schedule E, line 18 |
| **J** Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions — portfolio (other) | Schedule A, line 28 |
| **M** Preproductive period expenses | See the Shareholder's Instructions |
| **N** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **O** Reforestation expense deduction | See the Shareholder's Instructions |
| **P** Domestic production activities information | See Form 8903 instructions |
| **Q** Qualified production activities income | Form 8903, line 7b |
| **R** Employer's Form W-2 wages | Form 8903, line 17 |
| **S** Other deductions | See the Shareholder's Instructions |

**13** **Credits**

| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
|---|---|
| **B** Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| **D** Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| **E** Qualified rehabilitation expenditures (rental real estate) |  |
| **F** Other rental real estate credits | See the Shareholder's Instructions |
| **G** Other rental credits |  |
| **H** Undistributed capital gains credit | Form 1040, line 71, box a |
| **I** Alcohol and cellulosic biofuel fuels credit | Form 6478, line 8 |
| **J** Work opportunity credit | Form 5884, line 3 |
| **K** Disabled access credit | See the Shareholder's Instructions |
| **L** Empowerment zone and renewal community employment credit | Form 8844, line 3 |

|  | *Code* | *Report on* |
|---|---|---|
|  | **M** Credit for increasing research activities | See the Shareholder's Instructions |
|  | **N** Credit for employer social security and Medicare taxes | Form 8846, line 5 |
|  | **O** Backup withholding | Form 1040, line 61 |
|  | **P** Other credits | See the Shareholder's Instructions |

**14** **Foreign transactions**

| **A** Name of country or U.S. possession |  |
|---|---|
| **B** Gross income from all sources | Form 1116, Part I |
| **C** Gross income sourced at shareholder level |  |

*Foreign gross income sourced at corporate level*

| **D** Passive category |  |
|---|---|
| **E** General category | Form 1116, Part I |
| **F** Other |  |

*Deductions allocated and apportioned at shareholder level*

| **G** Interest expense | Form 1116, Part I |
|---|---|
| **H** Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| **I** Passive category |  |
|---|---|
| **J** General category | Form 1116, Part I |
| **K** Other |  |

*Other information*

| **L** Total foreign taxes paid | Form 1116, Part II |
|---|---|
| **M** Total foreign taxes accrued | Form 1116, Part II |
| **N** Reduction in taxes available for credit | Form 1116, line 12 |
| **O** Foreign trading gross receipts | Form 8873 |
| **P** Extraterritorial income exclusion | Form 8873 |
| **Q** Other foreign transactions | See the Shareholder's Instructions |

**15** **Alternative minimum tax (AMT) items**

| **A** Post-1986 depreciation adjustment |  |
|---|---|
| **B** Adjusted gain or loss |  |
| **C** Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| **D** Oil, gas, & geothermal — gross income |  |
| **E** Oil, gas, & geothermal — deductions |  |
| **F** Other AMT items |  |

**16** **Items affecting shareholder basis**

| **A** Tax-exempt interest income | Form 1040, line 8b |
|---|---|
| **B** Other tax-exempt income |  |
| **C** Nondeductible expenses | See the Shareholder's Instructions |
| **D** Distributions |  |
| **E** Repayment of loans from shareholders |  |

**17** **Other information**

| **A** Investment income | Form 4952, line 4a |
|---|---|
| **B** Investment expenses | Form 4952, line 5 |
| **C** Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| **D** Basis of energy property | See the Shareholder's Instructions |
| **E** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **F** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **G** Recapture of investment credit | See Form 4255 |
| **H** Recapture of other credits | See the Shareholder's Instructions |
| **I** Look-back interest — completed long-term contracts | See Form 8697 |
| **J** Look-back interest — income forecast method | See Form 8866 |
| **K** Dispositions of property with section 179 deductions |  |
| **L** Recapture of section 179 deduction |  |
| **M** Section 453(l)(3) information |  |
| **N** Section 453A(c) information |  |
| **O** Section 1260(b) information |  |
| **P** Interest allocable to production expenditures | See the Shareholder's Instructions |
| **Q** CCF nonqualified withdrawals |  |
| **R** Depletion information — oil and gas |  |
| **S** Amortization of reforestation costs |  |
| **T** Section 108(i) information |  |
| **U** Other information |  |

Sch K-1, (STEVEN VAN ZANDT) Attachment
**Sch K-1, Supplemental Information**

This Schedule K-1 is from an Eligible Small Business.    _____

671110

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0130

## Schedule K-1
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

### 2010

For calendar year 2010, or tax
year beginning _____ , 2010
ending _____ .

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -12,326. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A      707. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

### Part I   Information About the Corporation

**A** Corporation's employer identification number
20-3650322

**B** Corporation's name, address, city, state, and ZIP code
GENCO IMPORTING, INC
MANITOBA'S
99 AVENUE B
NEW YORK, NY 10009-6210

**C** IRS Center where corporation filed return
Cincinnati, OH   45999-0013

### Part II   Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
RICHARD MANITOBA
410 EAST 6TH STREET     #9G
NEW YORK, NY 10009

**F** Shareholder's percentage of stock
ownership for tax year ................... 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**     Schedule **K-1** (Form 1120S) 2010

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**   See the Shareholder's Instructions
**3  Other net rental income (loss)**

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4  Interest income**   Form 1040, line 8a
**5a Ordinary dividends**   Form 1040, line 9a
**5b Qualified dividends**   Form 1040, line 9b
**6  Royalties**   Schedule E, line 4
**7  Net short-term capital gain (loss)**   Schedule D, line 5, column (f)
**8a Net long-term capital gain (loss)**   Schedule D, line 12, column (f)
**8b Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8c Unrecaptured section 1250 gain**   See the Shareholder's Instructions
**9  Net section 1231 gain (loss)**   See the Shareholder's Instructions
**10  Other income (loss)**
*Code*

| | |
|---|---|
| **A**  Other portfolio income (loss) | See the Shareholder's Instructions |
| **B**  Involuntary conversions | See the Shareholder's Instructions |
| **C**  Section 1256 contracts and straddles | Form 6781, line 1 |
| **D**  Mining exploration costs recapture | See Pub 535 |
| **E**  Other income (loss) | See the Shareholder's Instructions |

**11  Section 179 deduction**   See the Shareholder's Instructions
**12  Other deductions**

| | |
|---|---|
| **A**  Cash contributions (50%) | ⎤ |
| **B**  Cash contributions (30%) | |
| **C**  Noncash contributions (50%) | |
| **D**  Noncash contributions (30%) | ⎬ See the Shareholder's Instructions |
| **E**  Capital gain property to a 50% organization (30%) | |
| **F**  Capital gain property (20%) | |
| **G**  Contributions (100%) | ⎦ |
| **H**  Investment interest expense | Form 4952, line 1 |
| **I**  Deductions — royalty income | Schedule E, line 18 |
| **J**  Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| **K**  Deductions — portfolio (2% floor) | Schedule A, line 23 |
| **L**  Deductions — portfolio (other) | Schedule A, line 28 |
| **M**  Preproductive period expenses | See the Shareholder's Instructions |
| **N**  Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **O**  Reforestation expense deduction | See the Shareholder's Instructions |
| **P**  Domestic production activities information | See Form 8903 instructions |
| **Q**  Qualified production activities income | Form 8903, line 7b |
| **R**  Employer's Form W-2 wages | Form 8903, line 17 |
| **S**  Other deductions | See the Shareholder's Instructions |

**13  Credits**

| | |
|---|---|
| **A**  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
| **B**  Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| **C**  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| **D**  Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| **E**  Qualified rehabilitation expenditures (rental real estate) | ⎤ |
| **F**  Other rental real estate credits | ⎬ See the Shareholder's Instructions |
| **G**  Other rental credits | ⎦ |
| **H**  Undistributed capital gains credit | Form 1040, line 71, box a |
| **I**  Alcohol and cellulosic biofuel fuels credit | Form 6478, line 8 |
| **J**  Work opportunity credit | Form 5884, line 3 |
| **K**  Disabled access credit | See the Shareholder's Instructions |
| **L**  Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| | *Code* | *Report on* |
|---|---|---|
| | **M**  Credit for increasing research activities | See the Shareholder's Instructions |
| | **N**  Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | **O**  Backup withholding | Form 1040, line 61 |
| | **P**  Other credits | See the Shareholder's Instructions |

**14  Foreign transactions**

| | |
|---|---|
| **A**  Name of country or U.S. possession | ⎤ |
| **B**  Gross income from all sources | ⎬ Form 1116, Part I |
| **C**  Gross income sourced at shareholder level | ⎦ |

*Foreign gross income sourced at corporate level*

| | |
|---|---|
| **D**  Passive category | ⎤ |
| **E**  General category | ⎬ Form 1116, Part I |
| **F**  Other | ⎦ |

*Deductions allocated and apportioned at shareholder level*

| | |
|---|---|
| **G**  Interest expense | Form 1116, Part I |
| **H**  Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| | |
|---|---|
| **I**  Passive category | ⎤ |
| **J**  General category | ⎬ Form 1116, Part I |
| **K**  Other | ⎦ |

*Other information*

| | |
|---|---|
| **L**  Total foreign taxes paid | Form 1116, Part II |
| **M**  Total foreign taxes accrued | Form 1116, Part II |
| **N**  Reduction in taxes available for credit | Form 1116, line 12 |
| **O**  Foreign trading gross receipts | Form 8873 |
| **P**  Extraterritorial income exclusion | Form 8873 |
| **Q**  Other foreign transactions | See the Shareholder's Instructions |

**15  Alternative minimum tax (AMT) items**

| | |
|---|---|
| **A**  Post-1986 depreciation adjustment | ⎤ |
| **B**  Adjusted gain or loss | |
| **C**  Depletion (other than oil & gas) | ⎬ See the Shareholder's Instructions and the Instructions for Form 6251 |
| **D**  Oil, gas, & geothermal — gross income | |
| **E**  Oil, gas, & geothermal — deductions | |
| **F**  Other AMT items | ⎦ |

**16  Items affecting shareholder basis**

| | |
|---|---|
| **A**  Tax-exempt interest income | Form 1040, line 8b |
| **B**  Other tax-exempt income | ⎤ |
| **C**  Nondeductible expenses | ⎬ See the Shareholder's Instructions |
| **D**  Distributions | |
| **E**  Repayment of loans from shareholders | ⎦ |

**17  Other information**

| | |
|---|---|
| **A**  Investment income | Form 4952, line 4a |
| **B**  Investment expenses | Form 4952, line 5 |
| **C**  Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| **D**  Basis of energy property | See the Shareholder's Instructions |
| **E**  Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **F**  Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **G**  Recapture of investment credit | See Form 4255 |
| **H**  Recapture of other credits | See the Shareholder's Instructions |
| **I**  Look-back interest — completed long-term contracts | See Form 8697 |
| **J**  Look-back interest — income forecast method | See Form 8866 |
| **K**  Dispositions of property with section 179 deductions | ⎤ |
| **L**  Recapture of section 179 deduction | |
| **M**  Section 453(l)(3) information | |
| **N**  Section 453A(c) information | |
| **O**  Section 1260(b) information | |
| **P**  Interest allocable to production expenditures | ⎬ See the Shareholder's Instructions |
| **Q**  CCF nonqualified withdrawals | |
| **R**  Depletion information — oil and gas | |
| **S**  Amortization of reforestation costs | |
| **T**  Section 108(i) information | |
| **U**  Other information | ⎦ |

Sch K-1, (RICHARD MANITOBA) Attachment
**Sch K-1, Supplemental Information**

This Schedule K-1 is from an Eligible Small Business. _____

# EXHIBIT E

**Biographical Information**

# CAROL A. GREEN

## Manitoba's Business Manager

Carol Green's experience in business began with an apprenticeship as an electrician/ lighting specialist at the Metropolitan Opera in New York City in the 1970s. She then moved on to lighting and production coordination for the Dr. Pepper Music Festival in New York City's Central Park and other major rock venues and concerts with Ron Delsener Productions (which became Delsener/Slater Productions and later on Metropolitan Entertainment with John Scher.)

With her electrical and lighting experience intact, Carol moved on to the nightclub business at *Heartbreak* where she worked from 1983 to 1987 first in lighting, then nightclub administration and finally as the club General Manager. Other restaurant and night club experiences added up at *The Ballroom Tapas Bar & Restaurant*, New York City where she was the Front of House Manager from 1987 to 1990, *La Belle Vie, Ltd.,* New York City as Owner from 1990 to 1993, *the Plaza Hotel*, New York City as Assistant Executive Steward from 1993 to 1994, *Twins Restaurant*, New York City as General Manager from 1994 to 1997, *Mustang Grill*, New York City as General Manager from 1997 to 2000; *Rubber Monkey*, New York City as General Manager from 2001 to 2001 and at *Taos Bar & Grill* as Managing Partner from 2001 to 2003.

Since 2003, Carol has worked as CFO for Redwood Entertainment, Inc., an entertainment marketing and management firm. She also has consulted privately for various bars and restaurants such as *Manitoba's, Box Car* and *Kate's Place*. Carol Green's responsibilities for her restaurant and nightclub consulting consist of establishing and implementing policies, procedures and systems for the businesses; banking; insurance; general bookkeeping, payroll and accounts payable; reconciling of daily receipts and banking; installing, maintaining and modifying customized restaurant databases for inventory controls and server ordering; employee relations; hiring, training and scheduling of employees; and delegating work for projects

# Richard Manitoba

Richard "Handsome Dick" Manitoba (aka The Handsomest Man in Rock n' Roll) (born Richard Blum in The Bronx, New York, January 29, 1954) is an American musician and radio personality, best known for his 30-year stint as lead singer of the proto-punk New York City band The Dictators.

Manitoba started out his music career as a roadie for The Dictators. He made his "official stage debut" with The Dictators at Popeye's Spinach Factory in Sheepshead Bay, Brooklyn, in 1975. On their first major-label album, The Dictators Go Girl Crazy! (Epic Records, 1975), he was listed as the "Secret Weapon". This is because he sang some lead and some background, but was still considered a "mascot" of the band.

He sang more lead on The Dictators' second offering, Manifest Destiny, a 1977 release on the Asylum label. On Bloodbrothers, the third and final Dictators studio recording from the 1970s (also on Asylum, 1978), Manitoba sang lead on almost all the tunes.

What Have You Done For Me Lately?... Since February 2005, Manitoba has been occasional lead singer with the MC5 (now called DKT/MC5), a legendary Detroit pre-punk rock and roll band. Manitoba also has his own show, "The Handsome Dick Manitoba Radio Program" in Little Steven Van Zandt's Underground Garage, on Sirius - XM Satellite Radio(Ch. 25 Sirius, Ch. 59 XM).

In November 2007, Manitoba, along with author Amy Wallace, put out The Official Punk Rock Book of Lists on BackBeat Books, a book company owned by Hal Leonard Publishing.Mr. Manitoba wrote the liner notes on a series of live cds called: CBGB OMFUG Masters Series...The Bowery Collection.... released on MVD audio.

Since 2006, Richard has been responsible, in part, for managing the operations of Manitoba's bar in the East Village in New York City.